# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Eddins,<br><br>        Plaintiff(s),<br><br>vs.<br><br><br>ADI Family, LLC,<br><br>        Defendant(s). | 2:23-cv-01533-JAD-MDC<br><br><br>**ORDER** |

Plaintiff has satisfied the Court's Order to Show Cause. See ECF Nos. 6 and 8. The plaintiff has also filed a notice of settlement in this case. ECF No. 7.

**IT IS ORDERED** that:

1. Settlement documents are due by May 24, 2024.

2. The parties shall file a proposed stipulation and order for dismissal by May 24, 2024.

Dated this 19th day of April 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge